In the Matter of MATTEO FIORITO et al., Petitioners, v. STATE LIQUOR AUTHORITY et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

In the Matter of WINSTON C. HESTER, Petitioner, v. LOWELL J. TOOLEY, as Village Manager of the Village of Scarsdale, et al., Respondents.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.

In the Matter of PARKER MOORE, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham and Brennan, JJ., concur; Benjamin, J., dissents and votes to affirm the order.